Date signed October 03, 2014



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | * | | |
|---|---|---|---|
| | * | Case No. | 14-23578PM |
| HENRY H. COBBS, SR. | * | Chapter | 7 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

**MEMORANDUM TO COUNSEL**

Upon consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee. However, counsel is reminded that Bankruptcy Rule 2016(b) requires a supplemental statement after any payment or agreement not previously disclosed.

cc:   Counsel for Debtor - Kasey L. Edwards
      Debtor
      Trustee
      U.S. Trustee

**End of Memorandum**